\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

John W. Ferron

     vs             Case No. C2-06-327

Search Cactus, L.L.C., et al.      **Judge Frost**
                                             **Magistrate Judge Abel**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Plaintiff's Motion to Dismiss Without Prejudice. The Court GRANTS the Search Cactus Defendants' Oral Request to Dismiss their Counterclaims Without Prejudice. The Court DENIES Defendants' Request for a Dismissal With Prejudice and their Alternative Request for Attorneys' Fees and Costs.

Date: **June 10, 2008**      **James Bonini, Clerk**

                                                       s/ Scott Miller
                                           By Scott Miller /Deputy Clerk