Case No. 08-3681

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

FILED
JAMES BONINI
CLERK

08 JUN 13 AM 11: 54

U.S. [...]
SOUTHERN [...] OHIO
EAST. DIV. COLUMBUS

JOHN W. FERRON,

    Plaintiff - Appellant

v.

SEARCH CACTUS, L.L.C.; OPTINREALBIG.COM, L.L.C.; AARON WEITZMAN; DAVID WEINBERG,

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the case herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the case is dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: June 12, 2008